# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2013

145530

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

GORDON BENJAMIN WILDING,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

SC: 145530
COA: 309245
Livingston CC: 10-018981-FH

On order of the Court, the application for leave to appeal the June 1, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2013 _____

t0130

_____
Clerk